# UNITED STATES DISTRICT COURT

for the
District of Colorado

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Specific Items currently stored at the Federal Bureau<br>of Investigation, Denver Division, Denver, Colorado,<br>more fully described in Attachment A, attached<br>hereto. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   19-sw-5682-SKC |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the _____State and_____ District of _____Colorado_____ , there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 242 | Deprivation of Civil Rights Under Color of Law |

The application is based on these facts:

☑ Continued on the attached affidavit, which is incorporated by reference.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/ Donald Peterson*
*Applicant's signature*

Donald Peterson, Special Agent, FBI
*Printed name and title*

Sworn to before me and:   ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date:  06/28/2019

*Judge's signature*

City and state:  Denver, CO

Hon. S. Kato Crews, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

**DESCRIPTION OF LOCATION TO BE SEARCHED**

The location to be searched is an evidence room located at the Federal Bureau of Investigation, Denver Division, 8000 East 36th Avenue, Denver, CO 80238.

**ATTACHMENT B**

**<u>DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED</u>**

1. Black handcuffs from duty bag of CURTIS LEE ARGANBRIGHT, located in ARGANBRIGHT's personal vehicle and tagged as item number 71 by BPD;

2. Work boots, found in ARGANBRIGHT's work locker and tagged as item 68 by BPD;

3. 5 long-sleeve and 5 short-sleeve uniform shirts from ARGANBRIGHT's work locker and tagged as item 65 by BPD;

4. Police vest and carrier vest from ARGANBRIGHT's work locker and tagged as item 64 by BPD;

5. 5 uniform pants and one raid jacket from ARGANBRIGHT's work locker and tagged as item 62 by BPD;

6. Police vest, found on floor of ARGANBRIGHT's work locker and tagged as item 60 by BPD;

7. One 2mg alprazolam tablet (a/k/a Xanax), found in front passenger seat of ARGANBRIGHT's patrol vehicle and tagged as item 58;

8. Uniform shirt with badge found in ARGANBRIGHT's work locker and tagged as item 57 by BPD;

9. Silver handcuffs found on ARGANBRIGHT's duty belt, found in ARGANBRIGHT's work locker and tagged as item 56 by BPD;

10. Black handcuffs found on ARGANBRIGHT's duty belt, found in ARGANBRIGHT's work locker and tagged as item 55 by BPD;

11. Black Glock 17 with a black streamlight, found in ARGANBRIGHT's personal vehicle and tagged as item 54 by BPD;

12. Glock 9mm magazine with 21 live rounds of Speer 9mm rp Luger ammunition, found in ARGANBRIGHT's personal vehicle and tagged as item 53 by BPD;

13. Duty belt, found in ARGANBRIGHT's work locker and tagged as item 53 by BPD;

14. 3 uniform pants, found in ARGANBRIGHT's work locker and tagged as item 51 by BPD;

15. Short-sleeve shirt, found in ARGANBRIGHT's work locker and tagged as item 49 by BPD;

16. Underwear, found in back of ARGANBRIGHT's work locker and tagged as item 48 by BPD;

17. Underwear, found on top shelf of ARGANBRIGHT's work locker and tagged as item 47 by BPD;

18. Part of duty belt, found in ARGANBRIGHT's work locker and tagged as item 46 by BPD;

19. Long-sleeve shirt, found in ARGANBRIGHT's work locker and tagged as item 45 by BPD;

20. Socks, found in ARGANBRIGHT's work locker and tagged as item 44 by BPD;

21. Underwear, found in front of ARGANBRIGHT's work locker and tagged as item 43 by BPD;

22. Undershirt, found on top shelf of ARGANBRIGHT's work locker and tagged as item 42 by BPD;

23. Short-sleeve shirt left of pinned uniform shirt, found in ARGANBRIGHT's work locker and tagged as item 40 by BPD;

24. Undershirt, found in front seat passenger area of ARGANBRIGHT's personal vehicle and tagged as item 34 by BPD;

25. Underwear found on back passenger side of ARGANBRIGHT's personal vehicle and tagged as item 33 by BPD;

26. Shirt, found in back end of ARGANBRIGHT's personal vehicle and tagged as item 32 by BPD;

27. Shirt, found in backend of ARGANBRIGHT's personal vehicle and tagged as item 31 by BPD;

28. Black duty bag containing brass knuckles, ink pad, large black knife, Nikon Coolpix camera, notebooks, code books, citation paperwork, blank WPD forms, yellow reflective police vest, and black handcuffs, found in ARGANBRIGHT's personal vehicle and marked as item 30 by BPD;

29. Uniform shirt, found on back passenger side of ARGANBRIGHT's personal vehicle and tagged as item 29 by BPD;

30. Pant and underwear, found on front passenger side of ARGANBRIGHT's personal vehicle and tagged as item 28 by BPD;

31. Uniform pants, found in back of ARGANBRIGHT's personal vehicle and tagged as item 26 by BPD;

32. Underwear, recovered from ARGANBRIGHT's personal residence and tagged as item 25 by BPD;

33. Undershirt, recovered from ARGANBRIGHT's personal residence and tagged as item 24 by BPD;