# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No.  19-sw-5682-SKC
Specific Items currently stored at the Federal Bureau )
of Investigation, Denver Division, Denver, Colorado, )
more fully described in Attachment A, attached )
hereto. )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __07/12/19__ *(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Magistrate Judge S. Kato Crews__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30).*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 06/28/2019, 4:46 pm    _____
*Judge's signature*

City and state:   Denver, CO                  Hon. S. Kato Crews, United States Magistrate Judge
                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                      *Executing officer's signature*

                      *Printed name and title*

**ATTACHMENT A**

**DESCRIPTION OF LOCATION TO BE SEARCHED**

The location to be searched is an evidence room located at the Federal Bureau of Investigation, Denver Division, 8000 East 36th Avenue, Denver, CO 80238.

# ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

1. Black handcuffs from duty bag of CURTIS LEE ARGANBRIGHT, located in ARGANBRIGHT's personal vehicle and tagged as item number 71 by BPD;

2. Work boots, found in ARGANBRIGHT's work locker and tagged as item 68 by BPD;

3. 5 long-sleeve and 5 short-sleeve uniform shirts from ARGANBRIGHT's work locker and tagged as item 65 by BPD;

4. Police vest and carrier vest from ARGANBRIGHT's work locker and tagged as item 64 by BPD;

5. 5 uniform pants and one raid jacket from ARGANBRIGHT's work locker and tagged as item 62 by BPD;

6. Police vest, found on floor of ARGANBRIGHT's work locker and tagged as item 60 by BPD;

7. One 2mg alprazolam tablet (a/k/a Xanax), found in front passenger seat of ARGANBRIGHT's patrol vehicle and tagged as item 58;

8. Uniform shirt with badge found in ARGANBRIGHT's work locker and tagged as item 57 by BPD;

9. Silver handcuffs found on ARGANBRIGHT's duty belt, found in ARGANBRIGHT's work locker and tagged as item 56 by BPD;

10. Black handcuffs found on ARGANBRIGHT's duty belt, found in ARGANBRIGHT's work locker and tagged as item 55 by BPD;

11. Black Glock 17 with a black streamlight, found in ARGANBRIGHT's personal vehicle and tagged as item 54 by BPD;

12. Glock 9mm magazine with 21 live rounds of Speer 9mm rp Luger ammunition, found in ARGANBRIGHT's personal vehicle and tagged as item 53 by BPD;

13. Duty belt, found in ARGANBRIGHT's work locker and tagged as item 53 by BPD;

14. 3 uniform pants, found in ARGANBRIGHT's work locker and tagged as item 51 by BPD;

15. Short-sleeve shirt, found in ARGANBRIGHT's work locker and tagged as item 49 by BPD;

16. Underwear, found in back of ARGANBRIGHT's work locker and tagged as item 48 by BPD;

17. Underwear, found on top shelf of ARGANBRIGHT's work locker and tagged as item 47 by BPD;

18. Part of duty belt, found in ARGANBRIGHT's work locker and tagged as item 46 by BPD;

19. Long-sleeve shirt, found in ARGANBRIGHT's work locker and tagged as item 45 by BPD;

20. Socks, found in ARGANBRIGHT's work locker and tagged as item 44 by BPD;

21. Underwear, found in front of ARGANBRIGHT's work locker and tagged as item 43 by BPD;

22. Undershirt, found on top shelf of ARGANBRIGHT's work locker and tagged as item 42 by BPD;

23. Short-sleeve shirt left of pinned uniform shirt, found in ARGANBRIGHT's work locker and tagged as item 40 by BPD;

24. Undershirt, found in front seat passenger area of ARGANBRIGHT's personal vehicle and tagged as item 34 by BPD;

25. Underwear found on back passenger side of ARGANBRIGHT's personal vehicle and tagged as item 33 by BPD;

26. Shirt, found in back end of ARGANBRIGHT's personal vehicle and tagged as item 32 by BPD;

27. Shirt, found in backend of ARGANBRIGHT's personal vehicle and tagged as item 31 by BPD;

28. Black duty bag containing brass knuckles, ink pad, large black knife, Nikon Coolpix camera, notebooks, code books, citation paperwork, blank WPD forms, yellow reflective police vest, and black handcuffs, found in ARGANBRIGHT's personal vehicle and marked as item 30 by BPD;

29. Uniform shirt, found on back passenger side of ARGANBRIGHT's personal vehicle and tagged as item 29 by BPD;

30. Pant and underwear, found on front passenger side of ARGANBRIGHT's personal vehicle and tagged as item 28 by BPD;

31. Uniform pants, found in back of ARGANBRIGHT's personal vehicle and tagged as item 26 by BPD;

32. Underwear, recovered from ARGANBRIGHT's personal residence and tagged as item 25 by BPD;

33. Undershirt, recovered from ARGANBRIGHT's personal residence and tagged as item 24 by BPD;