AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Specific Items currently stored at the Federal Bureau of Investigation, Denver Division, Denver, Colorado, more fully described in Attachment A, attached hereto. | )<br>)<br>)   Case No.   19-sw-5682-SKC<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___07/12/19___ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Magistrate Judge S. Kato Crews__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days *(not to exceed 30)*.   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __06/28/2019, 4:46 pm__     _____S. /s/_____
                                                           *Judge's signature*

City and state:   __Denver, CO__              __Hon. S. Kato Crews, United States Magistrate Judge__
                                                           *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:19-SW-05682-SKC | 7/2/2019  3:25 pm | FBI |

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
7/3/2019
JEFFREY P. COLWELL, CLERK

Inventory made in the presence of:
SA Kristen Varel

Inventory of the property taken and name of any person(s) seized:

All property was maintained in the FBI evidence room at 8000 E 36th Ave, Denver, CO 80238. The items seized continue to be maintained as before.

Please see the attached list of items seized.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/2/2019

_____
Executing officer's signature

SA Kristen Varel
Printed name and title

Evidence Report for Case: 282A-DN-2966899
Evidence Type: 1B Custodial

Description

1. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /71 - Brown paper bag said to contain - Black handcuffs from duty bag
2. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /68 - Brown paper bag said to contain - Arganbright's work boots from locker.
3. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /65 - Brown paper bag said to contain - 5 long sleeve 5 short sleeve uniform shirts from locker.
4. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /64 - Brown paper bag said to contain - Police vest and carrier vest locker
5. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /62 - Brown paper bag said to contain - 5 uniform pants one raid jacket locker
6. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /60 - Brown paper bag said to contain - Police vest locker floor.
7. (U) Tag/Item number: 2017-00055441 /58 - One 2mg Alprazolam aka Xanax- front passenger seat of patrol car
8. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /57 - Brown paper bag said to contain - Uniform shirt with badge from locker.
9. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /56 - Brown paper bag said to contain - Silver handcuffs from duty belt.
10. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /55 - Brown paper bag said to contain - Black handcuffs from duty belt.
11. (U) Tag/Item number: 2017-00055441 /54 - Glock 17 w/black streamlight
12. (U) Tag/Item number: 2017-00055441 /53 - Brown paper bag said to contain - Glock 9mm magazine 21 live rounds Speer 9mm p Luger.
13. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /52 - Brown paper bag said to contain - Officer Arganbright's duty belt.
14. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /51 - Brown paper bag said to contain - 3 uniform pants from locker
15. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /49 - Brown paper bag said to contain - Short sleeve shirt locker
16. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /48 - Brown paper bag said to contain - Underwear back of locker
17. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /47 - Brown paper bag said to contain - Underwear top shelf locker.
18. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /46 - Brown paper bag said to contain - Part of duty belt from locker.
19. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /45 - Brown paper bag said to contain - Long sleeve shirt locker
20. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /44 - Brown paper bag said to contain - Socks locker
21. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /43 - Brown paper bag said to contain - Underwear front of locker
22. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /42 - Brown paper bag said to contain - Undershirt top shelf locker.
23. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /40 - Brown paper bag said to contain - SS left of pinned uniform shirt.
24. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /34 - Brown paper bag said to contain - Undershirt front passenger seat.
25. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /33 - Brown paper bag said to contain - Underwear back passenger side of vehicle.
26. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /32 - Brown paper bag said to contain - Shirt backend of vehicle.
27. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /31 - Brown paper bag said to contain - Backend shirt
   (U) Tag/Item number: 2017-00055441 /30 - Black duty bag w/ brass knuckles, ink pad, large black knife, Nikon coolpix camera, notebooks, code books, citation paperwork, blank
28. Westminster Police forms, yellow reflective police vest, black handcuffs.
29. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /29 - Brown paper bag said to contain - Uniform shirt back passenger side.
30. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /28 - Brown paper bag said to contain - Pants and underwear front pass seat.
31. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /26 - Brown paper bag said to contain - Uniform pants back of vehicle
32. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /25 - Brown paper bag said to contain - Arganbrights underwear from residence.
33. (U) Blue plastic container holding: Tag/Item number: 2017-00055441 /24 - Brown paper bag said to contain - Arganbrights undershirt from residence